UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE MARQUEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT OF TRANSPORTATION,<br><br>    Defendant. | Case No.  15-cv-01614-JSC<br><br>**ORDER REGARDING CASE MANAGEMENT CONFERENCE AND FIRST AMENDED COMPLAINT** |

1.   Upon review of the parties' Joint Case Management Conference Statement, the further case management conference scheduled for November 12, 2015 is continued to March 24, 2015 at 1:30 p.m. The parties shall file an updated joint statement one week before the conference.

2.   The parties are directed to participate in a mediation with Richard Whitmore, as they indicated in their Joint Statement, on or before February 28, 2015.

3.   On October 16, 2015, Plaintiff filed a stipulation to file first amended complaint. (Dkt. No. 20.)  The stipulation did not have a line for the Court's signature and did not attach the proposed amended complaint as the stipulation erroneously recited.  Accordingly, on or before November 13, 2015 Plaintiff shall file the stipulated-to First Amended Complaint.

**IT IS SO ORDERED.**

Dated: November 10, 2015

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge