Eugene T. Franklin [SBN: 124881]
Barbara F. Green [SBN 150320]
Franklin Employment Law Group, LLC
22762 Main Street
Hayward, California   94541
(510) 538-0969 Telephone
(510) 538-6502 Facsimile

Attorneys for Plaintiff George Marquez

JEANNE SCHERER, Acting Chief Counsel
David Gossage, Deputy Chief Counsel
G. Michael Harrington, Assistant Chief Counsel
Anthony F. Manzo [SBN 261581]
111 Grand Avenue, Suite 11-100
Oakland, California 94612
(510) 433-9100
Attorneys for Defendant State of California by and through the Department of Transportation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| George Marquez, | Case No.: Case No.: 3:15-cv-01614 JSC |
|---|---|
| Plaintiff, | |
| v. | STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE AND ORDER THEREON |
| California Department of Transportation, | Complaint Filed: April 8, 2015<br>Trial Date:   November 14, 2016 |
| Defendant. | |

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Settlement Agreement and General Release between Plaintiff George Marquez and defendant California Department of Transportation, the parties hereby stipulate and request that all parties and claims be dismissed with prejudice in the above-entitled action.  See Fed. R. Civ. P. 41(a)(1)(A)(ii) (requiring stipulation for

-1-

voluntary dismissals after responsive pleadings have been filed). Each side to bear its own costs and attorneys' fees, except as otherwise provided in the parties' Settlement Agreement.

Dated: June 15, 2016    FRANKLIN EMPLOYMENT LAW GROUP, LLC

By: _____
EUGENE T. FRANKLIN
Attorney for Plaintiff
George Marquez

Dated: June 15, 2016    CALIFORNIA DEPARTMENT OF TRANSPORTATION

By: _____
TONY F. MANZO
Attorney for Defendant
California Department of Transportation

### ORDER

IT IS HEREBY ORDERED that the Complaint and any and all claims for relief in the above-referenced matter, U.S.D.C. N.D. Cal. Case No. 3:15-cv-01614 JSC are hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: June 15, 2016

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge

-2-